(March 5, 1943.)

Stanley Krypka, Appellant, v. New York Dugan Brothers, Inc., Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

London Character Shoe Corporation et al., Respondents, v. Alfred S. Davis, as Treasurer of Retail Shoe Salesmens Union, Local 1115-F, American Federation of Labor, et al., Appellants, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Jefferson Terminal Corporation et al., Appellants, v. Home Insurance Company, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [180 Misc. 30.]

Betty Klein, Appellant, v. Herman Klein, Respondent.— No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Katherine Spector, Appellant, v. News Syndicate Co., Inc., Trading as Daily News, et al., Respondents.— No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Sarah Spector, Appellant, v. News Syndicate Co., Inc., Trading as Daily News, et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Shirley Wiener, an Infant by Her Guardian ad Litem, Abraham Wiener, et al., Appellants, v. Board of Education of the City of New York, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

213 West 35th Street, Inc., Respondent, v. Philip Tiffany et al., Appellants, et al., Defendants. Bowery Savings Bank, Third Party.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.